# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE OSCAR ROBLEDO-NORIEGA,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79494



FILED

SEP 30 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS*

This is an original pro se petition for a writ of habeas corpus. In the petition, petitioner appears to complain that the parole board denied him parole without providing a fair hearing.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840,

19-40581

844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____ C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc:   Jose Oscar Robledo-Noriega
      Attorney General/Carson City
      Nye County District Attorney
      Nye County Clerk